| PROB 22 (TXN Rev. 5/05) | | CASE NUMBER(TRANS. COURT) 6:07-CR-058-C(03) |
|---|---|---|
| # TRANSFER OF JURISDICTION | | CASE NUMBER (REC. COURT) |

| NAME OF PROBATIONER/SUPERVISED RELEASEE JUAN F. GOITIA | DISTRICT Northern District of Texas | DIVISION San Angelo |
|---|---|---|
| | NAME OF SENTENCING JUDGE U.S. District Judge Sam R. Cummings | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM December 24, 2009 | TO December 23, 2012 |

OFFENSE
Conspiracy to Distribute and Possess With Intent to Distribute 50 Kilograms or More of Marijuana, 21 USC § 846

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **NORTHERN** DISTRICT OF **TEXAS, SAN ANGELO DIVISION**

IT IS HEREBY ORDERED that pursuant to 18 USC § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this court to the U.S. District Court for the **Southern District of Iowa, Davenport Division,** upon that court's order of acceptance of jurisdiction. This court hereby expressly consents that the period of probation or supervised release may be changed by the district court to which this transfer is made without further inquiry of this court.*

3-1-10
Date

_U.S. District Judge_

*This sentence may be deleted in the discretion of the transferring court.

## PART 2 - ORDER ACCEPTING JURISDICTION

U.S. DISTRICT COURT FOR THE **SOUTHERN** DISTRICT OF **IOWA, DAVENPORT DIVISION**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this court from and after the entry of this order.

3-09-2010
Effective Date

_U.S. District Judge_